[No. 14147-7-II. Division Two. September 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
LOUIS CORRADO, *Appellant.*

Appeal from a judgment of the Superior Court for
Pierce County, No. 90-1-00993-1, Karen G. Seinfeld, J.,
entered July 11, 1990. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J.,
and Morgan, J.

[No. 25849-4-I. Division One. September 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BRYAN
DANIEL HARTZ, *Defendant,* KENT GLEN
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-04646-2, Patricia H. Aitken, J., entered
March 13, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Webster and Forrest, JJ.

[No. 25628-9-I. Division One. September 23, 1991.]

WILLIAM E. RUTH, ET AL, *Appellants,* v. KING COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 88-2-09742-9, Mary Wicks Brucker, J.,
entered January 10, 1990. *Affirmed* by unpublished opin-
ion per Kennedy, J., concurred in by Forrest and Agid, JJ.

[No. 26461-3-I. Division One. September 23, 1991.]

ED BRAWAND, *Appellant,* v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 87-2-15866-7, Terrence A. Carroll, J., entered
May 31, 1990. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Pekelis and Agid, JJ.